IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 8:21CR90 |
| Plaintiff, ) | |
| ) | WAIVER OF PERSONAL |
| -v- ) | APPEARANCE AT ARRAIGNMENT |
| ) | AND ORDER |
| ROBERT A. HOOD, ) | |
| Defendant. ) | |

**PURSUANT TO** Federal Rule of Criminal Procedure 10(b), the Defendant hereby waives personal appearance at the arraignment on the Superseding Indictment containing the charges currently pending against him.

1.) Defendant affirms receiving a copy of the Superseding Indictment.
2.) Defendant understands his right to appear personally before the Court for an arraignment on the charges and voluntarily waives that right.
3.) Defendant pleads not guilty to all counts of the Superseding Indictment.

_____  6/25/21
Robert A. Hood, Defendant   Date

_____  6/23/21
James R. Kozel, Attorney for Defendant   Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and the Defendant's not guilty plea to all counts is entered on the record with the Clerk of the Court.

DATED this 28 day of June, 2021.

BY THE COURT:

_____
U.S. Magistrate Judge